1  RALPH B. KALFAYAN  (SBN 133464)
   DAVID B. ZLOTNICK  (SBN 195607)
2  DAVID M. WATSON  (SBN 219705)
   KRAUSE, KALFAYAN, BENINK & SLAVENS, LLP
3  625 Broadway, Suite 635
   San Diego, CA  92101
4  Telephone:    (619) 232-0331
   Facsimile:     (619) 232-4019
5
   DAN DRACHLER
6  ZWERLING, SCHACHTER & ZWERLING, LLP
   1904 Third Avenue, Suite 1030
7  Seattle, WA  98101
   Telephone:    (206) 223-2053
8  Facsimile:     (206) 343-9636

9  ALI OROMCHIAN  (SBN: 224265)
   2603 Camino Ramon, Suite 200
10 San Ramon, California 94583
   Telephone:    (925) 242-2511
11 Facsimile:     (925) 884-1725

12 Attorneys for Plaintiff

13

   Attorneys for Plaintiff WIDE WORLD TOURS OF MISSION VALLEY, INC.
14 And the Proposed Class

15                     **UNITED STATES DISTRICT COURT**

16                     **NORTHERN DISTRICT OF CALIFORNIA**

17                           **SAN FRANCISCO DIVISION**

18 WIDE WORLD TOURS OF MISSION VALLEY, )   Case No. 07-cv-5837-EDL
   INC., a California corporation, on behalf of itself  )
19 and all others similarly situated,                   )
                                                        )   **NOTICE OF ASSOCIATION OF**
20                        Plaintiff,                    )   **COUNSEL**
                                                        )
21     v.                                               )
                                                        )
22 KOREAN AIR LINES CO., LTD.,                          )
                                                        )
23                        Defendant.                    )
                                                        )
24                                                      )
                                                        )
25

26

27

28

- 1 -

NOTICE OF ASSOCIATION OF COUNSEL

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  NOTICE IS HEREBY GIVEN that THE MOGIN LAW FIRM, PC hereby
3  associates with KRAUSE, KALFAYAN, BENINK & SLAVENS, LLP as counsel of
4  record for Plaintiff WIDE WORLD TOURS OF MISSION VALLEY, INC.  Please
5  include THE MOGIN LAW FIRM on the service list for all notices, pleadings and
6  correspondence as follows:

Daniel Mogin, Esq.
THE MOGIN LAW FIRM, PC
110 Juniper Street
San Diego, CA 92101

Telephone: (619) 687-6611
Facsimile: (619) 687-6610
dmogin@moginlaw.com

Dated: January 23, 2008                KRAUSE, KALFAYAN, BENINK &
                                       SLAVENS, LLP


                                       /s/ Ralph B. Kalfayan
                                       Ralph B. Kalfayan, Esq.

Dated: January 23, 2008                THE MOGIN LAW FIRM


                                       /s/ Daniel Mogin
                                       Daniel Mogin, Esq.

                                       Attorneys for Plaintiff WIDE WORLD
                                       TOURS OF MISSION VALLEY, INC.

**DECLARATION OF SERVICE**

I, Teri Cavazos, declare as follows:

I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 625 Broadway, Suite 635, San Diego, California, 92101, in said County and State. On **January 23, 2008**, I served the within:

**NOTICE OF ASSOCIATION OF COUNSEL**

to each of the persons named below at the addresses shown as follows:

Korean Air Lines Co., Ltd.
c/o CT Corporation
818 West 7th Street
Los Angeles, CA 90017
Tel:   (213) 627-8252

Defendant

[ ]   **BY ECF (ELECTRONIC CASE FILING):** I e-filed the above-detailed documents utilizing the United States District Court, Southern District of California's mandated ECF (Electronic Case Filing) service on _____. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

[X]   **BY FIRST CLASS MAIL:** I placed a true and correct copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I certify under penalty of perjury that the foregoing is true and correct and that this Declaration of Service was executed by me on **January 23, 2008**, at San Diego, California.

_/s/ Teri A. Cavazos_
Teri Cavazos

- 3 -
NOTICE OF ASSOCIATION OF COUNSEL